# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Solid Waste Services, Inc. d/b/a :
J. P. Mascaro & Sons and :
Inservco Insurance Services, Inc., :
     Petitioners :
       :
    v.  :  No. 69 C.D. 2022
       :
St. Luke's Hospital (Bureau of :
Workers' Compensation), :
     Respondent :

**PER CURIAM**      **O R D E R**

NOW, June 20, 2023, upon consideration of Petitioners' application for reargument, the application is DENIED.